IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRANDON T. HALL,

     Appellant,

 v.

Case No.  5D21-2751
LT Case No. 2016-CF-002162-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT and EISNAUGLE, JJ., concur.